U.S. COURTS

OCT 06 2025

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

1

2  GREGORY R. MARLOR
3  528 W. Grove St. Apt 407
4  Boise, ID, 83702
5  208-608-0009
6  Marlor1983ADA@gmail.com
7
8
9                    UNITED STATES DISTRICT COURT
10                          DISTRICT OF IDAHO
11                         SOUTHERN DIVIDSION

| | |
|---|---|
| PLAINTIFF'S NAME,<br><br>GREGORY R. MARLOR<br><br>vs.<br><br>DEFENDANT'S NAME,<br><br>THE HOUSING COMPANY<br>(THOMAS LOGAN APARTMENTS) | Case No.: 1:24-CV-00573-AKB<br><br>MOTION THIRTY DAY EXTENTION |

12
13
14          This motion is a request for a thirty-day extension. Needed to complete the Court's
15   request. This motion was completed October 2, 2025, and my friend could not submit it
16   because it had not been signed and dated.
17
18
19                                                          Gregory R. Marlor
20
21                                                          October, 6 2025
22

1:24-CV-00573-AKB